U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 18 2015

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-MJ-218 |
| DAVID EARL GODINEZ, JR. (01) | |

## CRIMINAL COMPLAINT

On or about May 15, 2015, in the Northern District of Texas, defendant **David Earl Godinez, Jr.,** did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

I, Special Agent Brian Anderson, Affiant, state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and that the statements set forth in this affidavit are true and correct to the best of my knowledge.

1. On May 15, 2015, in a post-Miranda interview, a cooperating individual (hereinafter CI) identified David Godinez as his source of supply for methamphetamine. The CI, at the direction of law enforcement officials, contacted Godinez and negotiated the purchase of six (6) ounces of methamphetamine.

2. Subsequently, Texas Department of Public Safety Agents obtained a State search warrant for Godinez's residence in Balch Springs, Texas. During the search of Godinez's residence, agents located approximately 900 grams of methamphetamine and seven (7) firearms.

3. Agents obtained a State arrest warrant and arrested Godinez at his place of employment. In a post-Miranda interview, Godinez admitted to distributing large quantities of methamphetamine.

4. Based upon the foregoing, probable cause exists to believe that David Godinez has violated 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

_____
Brian Anderson, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives


May 18, 2015   at   2:55 pm                              Fort Worth, Texas
_____                          _____
Date and Time Issued                                     City and State

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE                           _____
Name and Title of Judicial Officer                       Signature of Judicial Officer

Complaint – Page 2