**ORIGINAL**

# SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT OF
FILED
JUN    2015
CLERK, U.S. DISTRICT COU
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC SUMMERS (01)<br>JAMES GATLIN (02)<br>DAVID GODINEZ (03)<br>ISMAEL RICO (04)<br>ANGELA CUPIT (05)<br>MATTHEW RYAN THOMPSON (06)<br>PHILLIP SCHENCK (07)<br>SHAWN TRAVIS CATHEY (08)<br>CELESTE MONTE BLAIR (09) | No. **4-15CR-152-A** |

## INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning sometime in 2014, and continuing until on or about May 18, 2015, in

the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants

**Eric Summers, James Gatlin, David Godinez, Ismael Rico, Angela Cupit, Matthew**

**Ryan Thompson, Phillip Schenck, Shawn Travis Cathey** and **Celeste Monte Blair,**

along with others known and unknown, did knowingly and intentionally combine,

conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §

841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a

Indictment – Page 1

mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_____
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817-252-5200
Facsimile:  817-252-5455

**Indictment – Page 2**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

ERIC SUMMERS (01)
JAMES GATLIN (02)
DAVID GODINEZ (03)
ISMAEL RICO (04)
ANGELA CUPIT (05)
MATTHEW RYAN THOMPSON (06)
PHILLIP SCHENCK (07)
SHAWN TRAVIS CATHEY (08)
CELESTE MONTE BLAIR (09)

## INDICTMENT

21 U.S.C. § 846
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(1 COUNT)

A true bill rendered:

----------------------------------------------------------

FORT WORTH                                        FOREPERSON

Filed in open court this 10th day of June, A.D. 2015.

----------------------------------------------------------

Defendant Godinez (03) & Rico (04) on pretrial release; Warrants to issue on defendants 1, 2, 5,6,7,8 & 9.

----------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
(Magistrate Number: 4:15-MJ-221 (01);
4:15-MJ-220(02); 4:15-MJ-218(03);
4:15-MJ-233(04))