ORIGINAL

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                        Criminal No.  4:15-CR-152-A

JAMES GATLIN (02)

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States moves for an order directing the Clerk of this Court to

issue a writ of habeas corpus ad prosequendum for James Gatlin year of birth

1975, who is presently in custody of the Tarrant County Sheriff's Department, Greenbay

Unit, Fort Worth, Texas, directing that James Gatlin be brought to the U. S. District

Courthouse, Fort Worth, Texas, to appear before the United States District Judge

forthwith, for prosecution of the charges pending herein, and directing that after the

conclusion of all proceedings in this cause, that James Gatlin be returned under safe and

secure conduct to said place of original custody or other appropriate authority.

Respectfully Submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY


SHAWN SMITH
Assistant United States Attorney
Texas Bar No.  24033206
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:    817-252-5200
Facsimile:    817-252-5455