*718936*

US MARSHALS SERVICE N/TX
FORT WORTH, TX

2015 JUN 11 PM 4:05

# United States District Court
# Northern District of Texas
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 23 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

V.

JAMES GATLIN (02)

**SEALED WARRANT FOR ARREST**

CASE NUMBER:    4:15-CR-152-A

MAG. CASE NUMBER: _____

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JAMES GATLIN

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with:

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

in violation of Title    21

United States Code, Section(s)

846

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

United States Magistrate Judge Jeffrey L Cureton
Judge

June 11, 2015
Date

Fort Worth, TX
Location

(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
By order of WHCAP

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/11/15 | DUSM | |
| DATE OF ARREST | Daryl Wieland | |
| 6/22/15 | | |