ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 7 2015
CLERK, U.S. DISTRICT COURT
By _____
   Deputy

UNITED STATES OF AMERICA

v.                                          No. 4:15-CR-152-A

SHAWN TRAVIS CATHEY (08)

FACTUAL RESUME

INDICTMENT:    Count One: Conspiracy to Possess with Intent to Distribute a
               Controlled Substance (methamphetamine) (in violation of
               21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

PENALTY:   $5,000,000 fine - not less than 5 years imprisonment and not more than 40
           years imprisonment, or both such fine and imprisonment, plus a term of
           supervised release of not less than 4 years.

MAXIMUM PENALTY:
       $5,000,000 fine and not less than five (5) years nor more than forty (40)
       years imprisonment, plus a term of supervised release of not less than 4
       years. If the defendant violates any condition of supervised release, the
       Court may revoke such term of supervised release and require the defendant
       to serve an additional period of confinement. Further the Court must
       impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to
establish the offenses charged in Count One of the Indictment are as follows:

First:     That two or more persons, directly or indirectly, reached an agreement to
           distribute or possess with intent to distribute a controlled substance, as
           charged in the indictment;

Second:    That the defendant knew of the unlawful purpose of the agreement;

Third:     That the defendant joined in the agreement willfully, that is, with the intent
           to further its unlawful purpose; and

Fourth:  That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

Since approximately January 2015, Shawn Travis Cathey distributed methamphetamine to Celeste Blair, and others, usually on consignment. In turn, Shawn Cathey received methamphetamine from Rachel Adams. In this manner, Shawn Travis Cathey, Celeste Monet Blair, and Rachel Adams, conspired with each other and others to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this 27th day of July, 2015.

_____  _____
SHAWN TRAVIS CATHEY              WILLIAM BIGGS
Defendant                        Counsel for Defendant

Factual Resume - Page 2