RECEIVED MAY 26 2020 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

Your Honor,                      5-20-20
                                 4-15CR-152-A

I am writing you today to ask, prayerfully, to be considered for compassionate release. I am at a high risk for covid 19 due to chronic hypertension, high chloesterol, and being borderline diabetic, but also because I have children out there that really need me in their lives. My daughter, Kimberly Cathey, has a rare genetic disorder called "Ring 18 Chromosone." She is unable to speak, had cleft palate, several surgies so she could walk, and an "unknown" life expectancy. Her current care provider is her maternal grandmother who is now confined to a wheelchair due to a recent massive stroke. She lives of social security and is having a very hard time. She is totally paralyzed on her left side. I am here on a drug conspiracy charge that I really got "railroaded" on. I am currently 49 years old and have Never had any type of violent

or sexual crime. I work in construction and can easily provide for my family and myself upon my release to home confinement. I have a very good support group and release plan upon my release. I have used my time here wisely and completed 1 year of college (East Arkansas Community College), several RPP classes, and always maintain a job. I am constantly engaged in Bible studies and have several certificates, along with a pyscology class to help understand how to make better choices and learn how all my earlier choices were wrong and led me here.

I am willing to be on supervision for the remainder of my life, if you deem it neccessary. I could be working, providing for my family, while being an asset to society. I am so fearful of my daughter and her grandmother dying before I can be there for them, or myself contracting the covid 19

virus and dying in here. Please respond and prayerfully consider my request. I am praying for you and thank you for your time and consideration. If there is a "proper" way to make this request, please let me know.

Sincerely,

Shawn Cathey

Shawn Cathey
#49718-177
F.C.I. Williamsburg
P.O. Box 340
Salters, S.C. 29590

Court Clerk,

Please forward the enclosed request to my judge. I am not sure if judge McBryde is still on the bench, so whoever is in his place. Thank you so much for your time. Please pray for me and my request so I can get out there and take care of my responsibilities. Thank you.

Sincerely,

Shaun Cathey

Shaun Cathey
#49718-177



Name: Shaun Cathay
Register Number: 49718-177
FCI Williamsburg
Inmate Mail
P. O. Box 340
Salters, SC 29590

U.S. Courthouse
501 West 10th St
Room 310 ATTN: Court Clerk/Judge
Ft. Worth, Texas 76102

76102-359799